**19696. BLUMENFELD *v.* CITIZENS BANK AND TRUST COMPANY.**

BROYLES, C. J. Under the facts of the case as disclosed by the record the court did not err in directing a verdict in favor of the plea in abatement filed by the defendant bank, and in dismissing the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 11, 1929.

*George H. Richter,* for plaintiff.
*McIntire, Walsh & Bernstein,* for defendant.